JOHN B. WOOD *vs.* ALONZO F. NEALE.

A creditor of a deceased insolvent, while attending a meeting of commissioners appointed by the judge of probate to examine claims against the estate, is privileged from arrest on civil process.

PETITION for a writ of *habeas corpus.* The petitioner averred that he was a resident of New Hampshire, and came to Boston solely for the purpose of attending a hearing before commissioners appointed by the judge of probate, to examine claims against the insolvent estate of a deceased person, at which hearing the claim of the petitioner as a creditor of the estate was specially assigned for examination and proof; that the hearing was begun and continued to the next day; and that a few hours before the time fixed for the adjourned meeting the petitioner was arrested on mesne process in an action of contract.

*R. H. Dana, Jr.* contended that the petitioner was privileged from arrest; and cited Rev. Sts. *c.* 68, §§ 2, 3, 4, 15; *Selby* v. *Hills,* 8 Bing. 166; *Arding* v. *Flower,* 8 T. R. 534; *Spence* v. *Stuart,* 3 East, 89; *Sanford* v. *Chase,* 3 Cow. 381; *Grover* v. *Green,* 1 Caines, 115; *Clark* v. *Grant,* 2 Wend. 257; 1 Greenl. Ev. § 317; 2 Phil. Ev. (N. Y. ed. 1849) 374.

The court granted the writ; and the officer who had arrested the petitioner made a return, admitting the facts stated in the petition, and submitting himself to the judgment of the court.

THOMAS, J. On the presentation of this petition, the court entertained some doubt whether a hearing before commissioners of insolvency appointed by the judge of probate on the estate of a deceased person was of such a nature as to afford a creditor attending it protection from arrest. But upon the authorities cited, we are of opinion that the protection extends to all legal tribunals of a judicial character, whether strictly courts of record or not, recognized by the laws of the State, and having power to pass upon the rights of persons attending them.

*Prisoner discharged.*